962 So.2d 432 (2007)
STATE ex rel. Ronald L. RHYMES
v.
STATE of Louisiana.
No. 2006-KH-2668.
Supreme Court of Louisiana.
August 31, 2007.
In re Rhymes, Ronald L.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. B, No. 257614; to the Court of Appeal, Third Circuit, No. KH 06-00008.
Denied. Untimely and repetitive. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; cf. La.C.Cr.P. art. 930.4(D).